NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**TERRY LOUIS WILSON,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2014-5047

_____

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00787-MBH, Judge Marian Blank Horn.

_____

**ON MOTION**

_____

**O R D E R**

Terry Louis Wilson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2 WILSON v. US

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24